IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LOUIE,   )<br>  )<br>  )<br>  )<br>       Plaintiff,   )<br>  )<br>  vs.   )<br>  )<br>SUPERIOR COURT OF CALIFORNIA,   )<br>COUNTY OF CALAVERAS,   )<br>  )<br>       Defendant.   )<br>_____) | 1:07-cv-01762 AWI GSA<br><br>ORDER TO SHOW CAUSE |

On May 9, 2007, Plaintiff filed a complaint in the Eastern District of California, Sacramento Division, case number 2:07-cv-00878 WBS KJM, for injunctive and declaratory relief against the California Judicial Council, Superior Courts for the Counties of Alpine, Calaveras, El Dorado, Lassen, Mendocino, Modoc, Placer, San Mateo, Solano, all the aforementioned counties, and Does 1-50. On July 13, 2007, Plaintiff filed an amended complaint. On September 11, 2007, the Superior Court of California in Calaveras County was dismissed from that action with prejudice by stipulation and order of Magistrate Judge Kimberly J. Mueller. In addition, on September 14, 2007, Plaintiff filed a Notice of Dismissal of Defendant County of Calaveras pursuant to Federal Rule of Civil Procedure 41(a)(1) in that same action.

Subsequently, on October 18, 2007, Magistrate Judge Mueller issued an order regarding a Motion to Sever filed by El Dorado County. The Court indicated that Plaintiff did not oppose the

1

motion and that Plaintiff contended the remaining defendants were in the process of settling. Accordingly, the Court issued an order directing Plaintiff to file dispositional documents within 30 days of the date of the order as to all remaining defendants in that action except for defendant El Dorado County.  The Court further ordered that for all defendants not dismissed within thirty days, the motion to sever filed by El Dorado County was granted and the Clerk of the Court was directed to open separate civil actions for each remaining defendant.  The Court dictated that any action against defendant Calaveras County was to be transferred to the Eastern District of California, Fresno Division.

On December 4, 2007, the matter was transferred to the Eastern District of California, Fresno Division and designated as case number 1:07-cv-01762 AWI GSA, naming the Superior Court of California, County of Calaveras as a defendant.  At the time this matter was transferred, the Court issued an Order Setting Mandatory Scheduling Conference requiring Plaintiff to diligently pursue service of summons and complaint and to dismiss those defendants against whom Plaintiff would not pursue claims.  It appearing that the defendants named in the present action were dismissed prior to transfer of the action to the Eastern District Court of California, Fresno Division, Plaintiff is now ordered to show cause, if any he has, why Plaintiff has not sought a voluntary dismissal of the present action in accordance with this Court's Order Setting Mandatory Scheduling Conference. Therefore, Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order regarding of his failure to seek a dismissal of this action or otherwise prosecute this matter.  Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 28, 2008**              /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

2