UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LOUIE, ) | 1:07-cv-01762 AWI GSA |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| v. ) | |
| ) | ORDER DISMISSING ACTION |
| SUPERIOR COURT OF CALIFORNIA, ) | |
| COUNTY OF CALAVERAS, ) | (Document 6) |
| ) | |
| Defendant. ) | |
| ) | |

On March 10, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's action be dismissed for failure to obey the court's order entered on January 28, 2008. This Findings and Recommendation was served on Plaintiff and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. On March 18, 2008, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record.   In the objections, Plaintiff states that he filed a notice of dismissal of the County of Calavers prior to this case being transferred to this court.  Pursuant to Rule 41(a)(1)(i) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment.   Based on the Findings and Recommendations and

1  Plaintiff's contention that the only named Defendant – the County of Calaveras – has already
2  been dismissed, the court will dismiss this action and close this file.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1.      The Findings and Recommendation issued March 10, 2008, is ADOPTED;
5         2.      This action is DISMISSED based on Plaintiff's request that this action be
6                 dismissed and Plaintiff's failure to obey the court's order;
7         3.      The Clerk of the court is DIRECTED to close this file.

9  IT IS SO ORDERED.
10  **Dated:    March 21, 2008**                    /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE